Thomas F. Burke (*pro hac vice* application forthcoming)
burket@ballardspahr.com
Justin E. Kerner (ID # 022932010)
kernerj@ballardspahr.com
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
Telephone: 856.761.3400
Facsimile: 856.761.1020

*Attorneys for Defendant TD Bank*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KANDICE ALSTON, JAI AND JAY CLEANING SERVICES, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TD BANK, N.A. and JOHN DOES 1-10,<br><br>*Defendants.* | CASE NO. 2:24-cv-06721 |

**TD BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Defendant TD Bank, N.A., by and through its counsel, Ballard Spahr LLP, hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. TD Bank, N.A. hereby certifies that its parent company is TD Bank US Holding Company, which is an indirectly, wholly-owned subsidiary of The Toronto-Dominion Bank. The Toronto-Dominion Bank is a publicly traded company. No other corporation holds 10% or more of TD Bank N.A.'s stock.

Date: June 6, 2024

/s/ *Justin E. Kerner*
Thomas F. Burke
  (*pro hac vice* application forthcoming)
burket@ballardspahr.com
Justin E. Kerner (NJ ID No. 022932010)
kernerj@ballardspahr.com
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
Telephone: 856.761.3400
Facsimile: 856.761.1020

*Attorneys for Defendant TD Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Disclosure Statement to be electronically filed via ECF and served vial electronic mail on counsel for Plaintiffs:

Yongmoon Kim, Esquire
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
E-mail: ykim@kimlf.com


Date: June 6, 2024            /s/ *Justin E. Kerner*
                                  Justin E. Kerner