# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KANDICE ALSTON and JAI AND JAY CLEANING SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A. and JOHN DOES 1 to 10,<br><br>Defendants. | No. 2:24-cv-06721-JKS-CLW<br><br>**ORDER GRANTING TD BANK N.A.'S MOTION FOR EXTENSION OF TIME** |

**THIS MATTER** having come before the Court upon the Motion of Defendant TD Bank, N.A. by and through its counsel, Ballard Spahr LLP, for an Order extending TD Bank N.A.'s time to answer or otherwise respond to the Complaint, (ECF No. 8), and for good cause shown;

**IT IS HEREBY ORDERED**, on this 24th day of June, 2024, that the Motion is **GRANTED**. TD Bank, N.A. shall file an Answer or otherwise respond to the Complaint by Wednesday, July 3, 2024.

**BY THE COURT:**

  s/ Cathy L. Waldor
**Hon. Cathy L. Waldor, U.S.M.J.**